DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

In the Interest of S.W., S.H., T.W., J.H., Ke.W., Ka.W.
and Z.W., minor children,

J.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-2976

————————————————

April 10, 2026

Appeal from the Circuit Court for Hillsborough County; Daryl Manning, Judge.

Bryant A. Scriven of Scriven Law, P.A., Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Robert Scavone, Jr., Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

     Affirmed.

LUCAS, C.J., and ROTHSTEIN-YOUAKIM and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.